**DISMISS and Opinion Filed May 12, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-01023-CV**

**DAVONTAY ROBINS, Appellant**
**V.**
**DAVIS 1309 MAIN LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04445-D**

# MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Goldstein

On March 14, 2022, after appellant failed to comply with our directive to file written verification he had requested the reporter's record, we ordered the appeal submitted without the reporter's record, *see* TEX. R. APP. P. 37.3(c), and set April 13, 2022 as the deadline for appellant to file his brief. When appellant had not filed his brief by April 19, 2022, we directed him to file it within ten days and cautioned that failure to do so would result in dismissal of the appeal. *See id.* 38.8(a)(1). To date, appellant has not complied.

Accordingly, we dismiss the appeal.  *See id.* 38.8(a)(1), 42.3(b),(c).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE


211023F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

DAVONTAY ROBINS, Appellant

No. 05-21-01023-CV      V.

DAVIS 1309 MAIN LLC, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-04445-D.
Opinion delivered by Justice Goldstein, Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 12, 2022.